Before the First Division, November 28, 1950

**No. 54876.**—The United Import Co. *v.* United States, protest 126841–K (San Francisco).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise is similar in all material respects to the miniature leather gloves the subject of *United States* v. *Ignaz Strauss & Co., Inc.* (37 C. C. P. A. 32, C. A. D. 415), the claim of the plaintiff was sustained.